1 So.2d 47

**Jim MOORE v. STATE.**

**8 Div. 82.**

Court of Appeals of Alabama.
Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 47

**Jim MOORE v. STATE.**

**8 Div. 83.**

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

3 So.2d 925

**Jim MOORE v. STATE.**

**8 Div. 144.**

Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 925

**Jim MOORE v. STATE.**

**8 Div. 145.**

Court of Appeals of Alabama.

May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

6 So.2d 906

**Raymond MOORE v. STATE.**

**8 Div. 235.**

Court of Appeals of Alabama.
Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 172

**Fell MORGAN v. STATE.**

**4 Div. 744.**

Court of Appeals of Alabama.
Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.